

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

June 30, 2009

The Honorable Saundra Brown Armstrong
United States District Judge

         RE:  **Roberts, Alfred**
             **Docket No. CR 96-40009 SBA**
             **Request to Release Information**

Your Honor:

On March 11, 1997, Mr. Roberts was sentenced to one hundred months custody and three years supervised release for a violation of Title 18 United States Code, § 922(g)(1) - Felon in Possession of Firearm. The Court ordered a $50 assessment and a $2000 fine. On August 18, 2004, Mr. Roberts began his term of supervised release.

On October 3, 2006, a Petition for Arrest Warrant for Offender Under Supervision was filed alleging the offender participated in a murder in the City of Oakland. On October 6, 2006, Your Honor ordered the issuance of a warrant for the offender's arrest. The warrant is still outstanding as the offender has remained in custody of Alameda County pending the state trial.

The Alameda County District Attorney's Office has requested a copy of a Federal Bureau of Investigation report from the probation file. The report contains transcripts of three telephone conversations between the offender and an associate in 1993, a summary of an interview conducted by the FBI with the offender in 1993, a summary of an interview conducted by the FBI with the offender in 1996, and a report detailing a search conducted in 1993.

I am respectfully requesting that Your Honor authorize the release of the Federal Bureau of Investigation report from the United States Probation Office file. Should Your Honor have any questions in this matter, I can be contacted at (510) 637-3596.

Respectfully submitted,

*[signature]*

Mark Unalp  
United States Probation Officer

Reviewed by:

*[signature]*

Amy Rizor  
Supervisory United States Probation Officer

---

THE COURT:  
☒ Authorizes the release of the FBI reports to the Alameda County District Attorney's Office.  
☐ Other:

7-6-09  
Date

*[signature]*

Saundra Brown Armstrong  
United States District Judge