JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
ALFRED ROBERTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96 40009 SBA |
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS** |
| vs. | |
| ALFRED ROBERTS, | |
| Defendant. | |

On September 8, 2009, this Court ordered that defendant ALFRED ROBERTS be released to the halfway house and set the conditions of release and appearance. It was ordered that Mr. Roberts shall not travel outside the counties of Alameda and San Francisco, and must reside in the halfway house and may leave only for court appearances, attorney visits, probation visits, and emergency purposes or as directed by the probation officer.

Mr. Roberts has been employed by Tucker Industries. U.S. Probation Officer Mark Unalp has had contact with his employer. Tucker Industries would like to have Mr. Roberts return to work. The parties agree that Mr. Roberts should be allowed to leave the half way house for work purposes. Officer Unalp has no objection to this agreement.

Thus, IT IS HEREBY STIPULATED by the parties in the above-entitled action, that the conditions of defendant ALFRED ROBERT's pre-trial release be modified to specifically allow him

STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE

1  to leave the halfway house to go to work.

2  Dated: September 23, 2009

    /s/
    JULIANA DROUS
    Attorney for Defendant
    ALFRED ROBERTS

5  Dated: September 23, 2009

    /s/
    SKYE DAVIS
    Assistant United States Attorney

    IT IS SO ORDERED.

    Dated:   September 24, 2009

    GRANTED
    *Wayne D. Brazil*
    Judge Wayne D. Brazil
    HONORABLE WAYNE D. BRAZIL
    U.S. District Court Judge

28  STIPULATION AND ORDER RE:
    CONDITIONS OF PRE-TRIAL RELEASE